STEINBACH ET AL., APPELLANTS, *v.* STATE FARM MUTUAL
AUTOMOBILE INSURANCE COMPANY, APPELLEE.

[Cite as *Steinbach v. State Farm Mut. Auto.
Ins. Co.* (2001), 92 Ohio St.3d 210.]

(No. 00–1224—Submitted May 16, 2001—Decided July 5, 2001.)

The judgment of the court of appeals is affirmed on the authority of *Littrell v.
Wigglesworth* (2001), 91 Ohio St.3d 425, 746 N.E.2d 1077, and *Clark v. Scarpelli*
(2001), 91 Ohio St.3d 271, 744 N.E.2d 719.

DOUGLAS, RESNICK, F.E. SWEENEY and PFEIFER, JJ., concur.

MOYER, C.J., COOK and LUNDBERG STRATTON, JJ., concur in judgment.

---

**COOK, J., concurring in judgment.** I concur in judgment based on the
reasoning set forth in my dissenting opinion in *Littrell v. Wigglesworth* (2001), 91
Ohio St.3d 425, 746 N.E.2d 1077, and in my opinion concurring in part and
dissenting in part in *Clark v. Scarpelli* (2001), 91 Ohio St.3d 271, 744 N.E.2d 719.

MOYER, C.J., and LUNDBERG STRATTON, J., concur in the foregoing opinion.

---

*Swedlow, Butler, Levine, Lewis & Dye Co., L.P.A., Jeffrey M. Lewis* and *Brett
Lieberman,* for appellants.

*Gallagher, Gams, Pryor, Tallan & Littrell, L.L.P.,* and *James R. Gallagher,*
for appellee.